UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARIA JOSE PIZARRO,

                Plaintiff,                        20 **CIVIL** 5783 (AKH)

       -against-                           **JUDGMENT**

EUROS EL TINA RESTAURANT LOUNGE and
BILLIARDS CORP. and SANTIAGO QUEZADA,
                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Alvin K. Hellerstein, United States District Judge, Plaintiff Maria Jose Pizarro has judgment in compensatory damages in the amount of $1,000,000.00 against Defendant Santiago Quezada and $725,000 against Euros El Tina Restaurant Lounge and Billiards Corp. Plaintiff has judgment in punitive damages in the amount of $625,000.00 against Defendant Santiago Quezada and $375,000.00 against Euros El Tina Restaurant Lounge and Billiards Corp.

DATED: New York, New York
           October 25, 2023

                                                                           **RUBY J. KRAJICK**

So Ordered:                                                    Clerk of Court

                                               BY:
U.S.D.J. 2-22-24                                        Deputy Clerk