# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

### THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT

| | | |
|---|---|---|
| **CASE TITLE**<br>MARIA JOSE PIZARRO<br>V.<br>EUROS EL TINA RESTAURANT LOUNGE AND BILLIARDS CORP. AND SANTIAGO QUEZADA. | **DISTRICT**<br>SOUTHERN DISTRICT | **DOCKET NUMBER**<br>1:20-CV-05783 |
| | **JUDGE**<br>ALVIN K HELLERSTEIN | **APPELLANT**<br>EUROS EL TINA RESTAURANT LOUNGE et al. |
| | **COURT REPORTER** | **COUNSEL FOR APPELLANT**<br>MARTIN E RESTITUYO, ESQ. |

**Check the applicable provision:**

- [ ] I am ordering a transcript.
- [ ] I am not ordering a transcript.

Reason for not ordering a transcript:
- [✓] Copy is already available
- [ ] No transcribed proceedings
- [ ] Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (i.e., oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**    [ ] Funds    [ ] CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**
- [ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- [ ] PREPARE TRANSCRIPT OF TRIAL
- [ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- [ ] OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

Martin E Restituyo, Esqu
1325 Ave of the Americas, 28th Floor
New York, NY 10019
Tel. 212-729-7900

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

**COUNSEL'S SIGNATURE** *[signed]*

**DATE** March, 25, 2024

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| 10/25/23 | 11/1/23 | 323 |

**SIGNATURE OF COURT REPORTER** SOUTHERN DISTRICT REPORTERS PC    **DATE** 3/27/24

Revised June, 2017