# LAW OFFICES OF MARTIN E. RESTITUYO, P.C.

1325 Avenue of the Americas, 28th Floor,　　　　　　　　　　28 Valley Road
New York, New York 10019　　　　　　　　　　　　　　　Montclair, NJ 07042

Martin E. Restituyo
Tel: 212-729-7900
Fax: 212-729-7490
restituyo@restituyolaw.com

April 4, 2024

**VIA CM/ECF**

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, NY 10007

　　　　　　　　Re: *Maria Jose Pizarro v. Euros El Tina, etc., et al.*
　　　　　　　　Case No.: 24-568
　　　　　　　　Local Rule 31.2(a)(1)(A) Request

Dear Ms. Wolfe:

　　I represent all Defendants/Appellants in the appeal referenced above. Pursuant to Local Rule 31.2(a)(1)(A), I request that the Defendants/Appellants' brief be due on June 26, 2024 which is 91 days after form D was filed on March 27, 2024.

　　　　　　　　　　　　　　　　　　　　Respectfully yours,

　　　　　　　　　　　　　　　　　　　　Martin Restituyo, Esq.

cc: Evan Craig Brustein, Esq. (by CM/ECF)