UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 24-568

Caption [use short title]

Motion for: Withdrawal or stay of appeal due to failure to obtain FRCP 54(b) certification.

Pizarro v Euros El Tina Restaurant, et al.

Set forth below precise, complete statement of relief sought:

At this time looking to withdraw the current appeal due to lack of second circuit jurisdiction for failure to obtain an FRCP 54(b) certification. In the alternative, seeking a stay of the appeal until a final judgment is reached and/or the bankruptcy petition of Defendant-Appellant Santiago Quezada is resolved.

MOVING PARTY: Defendants-Appellants

OPPOSING PARTY:

☐ Plaintiff ☑ Defendant

☑ Appellant/Petitioner ☐ Appellee/Respondent

MOVING ATTORNEY: Martin E. Restituyo, Esq

OPPOSING ATTORNEY:

[name of attorney, with firm, address, phone number and e-mail]

Law Offices of Martin E Restituyo, P.C.

1325 Avenue of the Americas, 28th Floor, NY, NY 10019

Tel: 212-729-7900; email: restituyo@restituyolaw.com

Court- Judge/ Agency appealed from: Southern District of New York / Judge Alvin K Hellerstein

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): Movant copied Plaintiff Appellee on a letter dated 5/10/24 also via a filing in the DIstrict Court on 5/15/24.

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below? ☑ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☑ No

Requested return date and explanation of emergency:
Appeal is improper at this time because the appeal is only from a partial judgment.
In addition since a Defendant-Appelant filed a bankruptcy petition this appeal would be stayed anyway pursuant to 11 USC Sec, 362(a)(1)

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

Is the oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☑ No If yes, enter date:

Signature of Moving Attorney:

Date: 05/15/2024 Service: ☑ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

**LAW OFFICES OF MARTIN E. RESTITUYO, P.C.**
1325 Avenue of the Americas, 28th Floor, New York, New York 10019

Martin E. Restituyo
Tel: 212-729-7900
Fax: 212-729-7490
restituyo@restituyolaw.com

May 10, 2024

*VIA ECF*

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the
Second Circuit
40 Foley Square
New York, NY 10017

    Re: *Pizarro v. Euros El Tina Restaurant Lounge and Billiards, et al.*,
       Case No. 24-568

Dear Ms. Wolfe:

  We are Counsel for the Defendant-Appellants Euros El Tina Restaurant Lounge and Billiards Corp. and Santiago Quezada (collectively "Appellants") in the above referenced action. We write to respectfully request a stay or withdrawal of the appeal at this time.

  While preparing to perfect the appeal, it became apparent that Appellants do not have standing to proceed with the appeal at this time. To be sure, Federal Rule of Civil Procedure 54(b) requires parties to get certification prior to appealing a non-final order. At the time we filed our notice of appeal, we were appealing a final judgment. However, as detailed below, events occurring after the filing of the notice of appeal changed that.

  On February 23rd the Court issued a judgment in favor the Plaintiff-Appellee. Thereafter, on February 27th the Court issued an Order Denying [Appellants'] Motions and Granting Plaintiff's Fees Motion, in which the Court provided its reasoning for the previously entered judgment, awarded plaintiff's fees, and instructed the Clerk to terminate all open motions and mark the case closed. Since the judgment and order appeared to provide finality, on March 13th Appellants filed their notice of appeal. However, on March 15th Appellants wrote a letter to the Court reminding the Court that it had bifurcated Appellants cross claims and asking the Court whether it really intended to preclude that action from proceeding to trial. On March 21, 2024, the Court filed an Order Reopening the Case.

  Since the District Court has agreed to reopen the counterclaims portion of this case the order appealed form is not final. Moreover, the parties have failed to obtain the F.R.C.P. 54(b) certification required to proceed with the appeal at this time.

Thus, for the reason set forth above we respectfully request a stay or withdrawal of the appeal until we obtain F.R.C.P. 54(b) certification or there is a final judgment.

We thank you for your attention to this matter.

Very truly yours,

Martin E. Restituyo

cc.     Counsel of record (by ECF)

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

| | |
|---|---|
| MARIA JOSE PIZARRO,<br><br>        Plaintiff-ctr-defendant -<br>Appellee,<br><br>v.<br><br>EUROS EL TINA RESTAURANT LOUNGE<br>AND BILLIARDS CORP., SANTIAGO<br>QUEZADA,<br><br>        Defendant-ctr-claimant-x-<br>claimants - Appellants,<br><br>EMITON FERNANDEZ, NARCISO GOMEZ,<br>JOSE E. CASTRO, TOMAS ANDRES<br>PIZARRO ZEPEDA, ELADIO CASTRO<br>PRODUCTIONS INC., ZOILIMAR MEJIA,<br><br>        Defendants | **DOCKET NO. 24-568**<br><br>**AFFIRMATION OF MARTIN E.**<br>**RESTITUYO IN SUPPORT OF**<br>**MOTION TO STAY OR WITHDRAW** |

MARTIN E. RESTITUYO, an attorney duly admitted to practice in the courts of the State of New York, affirms the following under the penalty of perjury,

1.      I am the founder of the Law Offices of Martin E. Restituyo, P.C., counsel for Defendants-Appellants, Euros El Tina Restaurant Lounge and Billiards Corp. and Santiago Quezada in the above captioned action, and as such am fully familiar with the facts herein.

2.      I submit this Affirmation in support of Defendant-Appellants' motion to request a stay or withdrawal of the notice of appeal filed by Defendants-Appellants on March 13, 2024, because Defendants-Appellants are not in compliance with Federal Rule of Civil Procedure 54(b).

3.      As the Court is aware FRCP 54(b) requires parties to get certification prior to appealing a non-final order. As detailed below, since the filing of the Notice of Appeal, the underlying action has been re-opened, thus causing Defendants-Appellants' appeal to be from a

non-final judgment and therefore not appealable without first obtaining Rule 54(b) certification, which the Defendants-Appellants do not yet have.

4. The following is the chronology of events that caused us to be in this position:

 a. On February 23, 2024, the District Court issued a judgment in favor Plaintiff-Appellee. See Exhibit A.

 b. A few days later, on February 27, 2024 the District Court issued an Order denying [Defendants-Appellants'] Motion and granting Plaintiff's fee Motion. See Exhibit B

 c. On March 13, 2024, Defendants–Appellants filed their notice of appeal to appeal both the judgment and the Order, in order to preserve their right to appeal. See Exhibit C.

 d. However, on March 15, 2024, Defendants-Appellants wrote a letter to the Court reminding the Court that it had bifurcated Defendants-Appellants' cross claims and asked the Court whether it really intended to preclude this case from proceeding to trial. Exhibit D.

 e. On March 21, 2024 the Court filed an Order reopening the case to allow Defendants-Appellants' cross claims to proceed. Exhibit E.

5. By re-opening part of the case, the District Court turned a final judgment into a partial judgment, thus requiring the need for Rule 54(b) certification.

6. Given the Second Circuit's disdain of interlocutory appeals, Defendants-Appellants prefer not to appeal at this time.

7. In addition, on May 14, 2024, we were informed that Defendant-Appellant Santiago Quezada filed a bankruptcy petition. Exhibit F

8.    This too would necessitate staying the appeal.

9.    Thus, based on the foregoing it is respectfully requested that the Court stay or withdraw Defendants – Appellants' notice of appeal.

Dated: New York, New York
      May 15, 2024

By: Martin E. Restituyo Esq.
Law Offices of Martin E. Restituyo P.C
1325 Avenue of the Americas, 28th Floor
Tel: 212-729-7900
restituyo@restituyolaw.com

*Attorney for Defendants - Appellants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARIA JOSE PIZARRO,

                      Plaintiff,

        -against-

EUROS EL TINA RESTAURANT LOUNGE and
BILLIARDS CORP. and SANTIAGO QUEZADA,
                      Defendants.
-----------------------------------------------------------X

20 **CIVIL** 5783 (AKH)

**JUDGMENT**

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury

Trial before the Honorable Alvin K. Hellerstein, United States District Judge, Plaintiff Maria

Jose Pizarro has judgment in compensatory damages in the amount of $1,000,000.00 against

Defendant Santiago Quezada and $725,000 against Euros El Tina Restaurant Lounge and

Billiards Corp. Plaintiff has judgment in punitive damages in the amount of $625,000.00 against

Defendant Santiago Quezada and $375,000.00 against Euros El Tina Restaurant Lounge and

Billiards Corp.

**DATED:** New York, New York
             October 25, 2023

                              **RUBY J. KRAJICK**
                                Clerk of Court

**So Ordered:**

U.S.D.J.   2-22-24

BY:                              
                           Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

MARIA JOSE PIZARRO,                         :

                          Plaintiff,        :        **ORDER DENYING**
                                            :        **DEFENDANTS' POST TRIAL**
            -against-                       :        **MOTIONS, AND GRANTING**
                                            :        **PLAINTIFF'S FEES MOTION**
EUROS EL TINA RESTAURANT LOUNGE             :
AND BILLIARDS CORP. and SANTIAGO            :
QUEZADA,                                    :        20 Civ. 5783 (AKH)
                                            :
                          Defendants.       :

------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Plaintiff Maria Pizarro sued her employer, Defendant Euros El Tina Restaurant

Lounge and Billiards Corp., and her manager Defendant Santiago Quezada, under Title VII of

the Civil Rights Act of 1964 and New York state and city law for Quezada's repeated sexual

harassments, creating a hostile work environment. After a four-day trial in October 2023,

Plaintiff won a verdict against Defendants of $1,725,000 in compensatory damages ($1,000,000

against Quezada and an additional $725,000 against Euros El Tina), and $1,000,000 in punitive

damages ($625,000 against Quezada and $375,000 against Euros El Tina). Judgment against

Defendants in these amounts was entered on February 23, 2024. *See* ECF No. 194. I assume

familiarity with the case background and trial transcript.

        Defendants move for judgment dismissing the case as a matter of law under Fed.

R. Civ. P. 50(b), or for a new trial under Fed. R. Civ. P. 59(a). Plaintiff moves for attorneys'

fees and costs. For the reasons that follow, Defendants' motion is denied, and Plaintiff's motions

are granted.

# I.  Defendants' Motion for Judgment as a Matter of Law or New Trial

## A.  Sufficiency of the Evidence

Defendants argue that they are entitled to judgment as a matter of law on

Plaintiff's New York City Human Rights Law (NYCHRL) claim because Plaintiff failed to offer

proof of how a male comparator was treated in support of her claim that she was treated "less

well" because of her gender.

A court may grant judgment as a matter of law against a party if it finds "that a

reasonable jury would not have a legally sufficient evidentiary basis to find for the party on that

issue." Fed. R. Civ. P. 50(b).  The motion should be granted only if "viewed in the light most

favorable to the nonmoving party, 'the evidence is such that, without weighing the credibility of

the witnesses or otherwise considering the weight of evidence, there can be but one conclusion as

to the verdict that reasonable men could have reached.'"  *Samuels v. Air Transport Local 504*,

992 F.2d 12, 14 (2d Cir. 1993) (citation omitted)

The evidence of sexual harassments and hostile work environment were

overwhelming.  Plaintiff's testimony, Jose Eladio Castro's testimony, and Cristian Dilone's

testimony amply support the jury's verdict.  No employee is required to experience such

harassments, neither male nor female.  There is no requirement of a male comparator to support a

finding of gender discrimination, or "less well" treatment, under NYCHRL.  Defendants cite to

no statute or case imposing such a requirement, nor did they request that the jury be so

instructed.  Defendants do not contest the verdict under the more difficult standards of Title VII

or New York state law.  *See Mihalik v. Credit Agricole Cheuvreux North Am., Inc.*, 715 F.3d

102, 109 (2d Cir 2013) (explaining that NYCHRL standard is lower than federal and state law

standards for hostile work environment claims); *Pryor v. Jaffe & Asher, LLP*, 992 F. Supp. 2d

252, 261 (S.D.N.Y. 2014) The issue was properly decided by the jury.

### B. Jury Charge Challenges

Defendants assert that they are entitled to a new trial because of two issues related to the jury charge: 1) the Defendant company's affirmative defense, and 2) the absence of a specific mention of the statute of limitations in the verdict form.

Inadequate jury instructions may constitute grounds for a new trial, provided the errors are "prejudicial in light of the charge as a whole." *Lore v. City of Syracuse*, 670 F.3d 127, 156 (2d Cir. 2012). An erroneous jury instruction "misleads the jury as to the correct legal standard or does not adequately inform the jury on the law." *Id.* An error in a jury instruction is not prejudicial "when [the court is] persuaded it did not influence the jury's verdict." *Townsend v. Benjamin Enters., Inc.*, 679 F.3d 41, 56 (2d Cir. 2012). "An omission, or an incomplete instruction, is less likely to be prejudicial than a misstatement of the law." *Lore*, 670 F.3d at 156. A new trial is not warranted if the instructions "read as a whole, presented the issues to the jury in a fair and evenhanded manner." *Id.*

### i.   Affirmative Defense Charge

Defendant Euros El Tina sought, and I included in my jury charge, an affirmative defense that employers can assert against Title VII liability. I charged that an employer may avoid liability if both of two elements are met: "First, the employer must have exercised reasonable care to prevent and correct promptly any sexually harassing behavior; and Second, that the employee unreasonably failed to take advantage of any preventive or corrective opportunities provided by the employer to avoid harm." Trial Tr. at 243:15-20. Defendant argues that I should have added "or to avoid harm otherwise." *See Burlington Indus. Inc. v. Ellerth*, 524 U.S. 742, 765 (1998).

My charge had no impact on the trial's outcome. Quezada was plaintiff's boss and the principal of Defendant Euros El Tina. Plaintiff had no others to whom she could complain. And the evidence was clear that she was in no position to "avoid harm otherwise,"

other than to quit her job.  Defendants bear the burden of proof on this issue, and point to no

evidence that would tend to support either element of their affirmative defense.  Again, the jury

properly delivered a verdict against both defendants.  The verdict was not "seriously erroneous

or a miscarriage of justice." *Farrior v. Waterford Bd. of Educ.*, 277 F.3d 633, 634–35 (2d Cir.

2002).

### ii.    Statute of Limitations Charge

Defendants seek a new trial on the grounds that the verdict sheet should have

added a specific question about the statute of limitations.  However, the jury was instructed,

without objection, on the statute of limitations.  My charge to the jury stated:

> Because of the statute of limitations, you may consider only acts that took place
> after May 17, 2019, with one important exception.  If the conduct before and after
> May 17, 2019, was sufficiently similar in nature, frequency, and severity that it
> can be considered sufficiently related as to be part of a hostile work environment,
> you can conclude that.  However, if the conduct spans across people, departments,
> and large time intervals without having harassing conduct, then you could find the
> acts to be insufficiently related.  Trial Tr. at 242:20–243:7.

Defense counsel did not object to the verdict sheet or to the charge, and did not

repeat the request they made at a pre-trial conference for a specific verdict on the statute of

limitations.  See *Sequa Corp. v. GBJ Corp.*, 156 F.3d 136, 144 (2d Cir. 1998).  Defendants'

effort to impeach the verdict is without merit.

### C.  Remittitur

Defendants request remittitur on the grounds that the compensatory damages

amounts, divided into $1,000,000 against Defendant Quezada and $725,000 against Defendant

Euros El Tina, were grossly excessive.  Their papers do not expressly challenge punitive

damages.

i.    **Compensatory Damages**

"Juries have wide latitude in setting" compensatory damages. *Turley v. ISG Lackawanna, Inc.*, 774 F.3d 140, 162 (2d Cir. 2014).  Under New York law, the standard more favorable to Defendants, compensatory damages should be reduced where the amount "deviates materially" from similar cases. *Lore*, 670 F.3d at 177.

Cases in this Circuit involving "egregious" claims of sexual harassment, including those that take place in the workplace, and over several years, have led to similar amounts in compensatory damages when considering adjustments for inflation.  *See Turley*, 744 F.3d at 166 ($1.32 million for emotional damages from sexual harassment in workplace); *Olsen v. Cnty. of Nassau*, 615 F. Supp. 2d 35, 47 (E.D.N.Y. 2009) ($1 million for Title VII claims without sexual assault); *Osorio v. Source Enterprises, Inc.*, 5cv10029, 2007 WL 683985, at *5 (S.D.N.Y. 2007) ($4 million for retaliation claim after witness testified regarding impact); *Zeno v. Pine Plains Cent. Sch. Dist.*, 702 F.3d 655, 673 (2d Cir. 2012) ($1 million in race discrimination suit without sexual assault).  Though the proofs offered at trial in support of compensatory damages vary across these cases, "a court is not required to remit a large non-economic damage award, even where evidence of emotional damage consists solely of plaintiff's testimony." *Mendez v. Starwood Hotels & Resorts & Resorts Worldwide, Inc.*, 746 F. Supp. 2d 575, 600–01 (S.D.N.Y. 2010).

Plaintiff testified that Quezada groped and molested her on numerous occasions, disregarding her objections and protestations, that she feared rape and sexual assaults, and was driven to suicidal ideations.  She testified that she tried to take her own life after Defendant Quezada attempted to rape her.  Plaintiff's credibility was untouched by strenuous cross-examination.

Plaintiff's complaint was of intense and lasting emotional injury. Physical injuries heal; emotional injuries can mar a life without surcease. I cannot say that plaintiff's recovery exceeded the bounds of compensation.

### ii.    Punitive Damages

The degree of reprehensibility of the conduct is "[p]erhaps the most important indicium of the reasonableness of a punitive damages award." *BMW of North Am., Inc. v. Gore*, 517 U.S. 559, 575 (1996). Relevant considerations include, *inter alia*, whether "the harm caused was physical as opposed to economic," "the conduct involved repeated actions or was an isolated incident," and the "harm was the result of intentional malice, trickery, or deceit, or mere accident." *State Farm Mut. Auto. Ins. Co. v. Campbell*, 538 U.S. 408, 419 (2003).

Plaintiff's testimony, corroborated by other witnesses, illuminated a decade-long and worsening pattern of physical and verbal harassment by Quezada, of groping and pinching, of exposures of private parts and a masturbation in front of her, and an attempted rape. No employee should be subjected to such conduct. Defendants' reprehensible conduct fully justifies the jury's award of punitive damages. One million dollars may be high, but Quezada's conduct warrants the award.

## II.  Plaintiff's Motions for Fees and Costs

Plaintiff, as the prevailing party, is entitled to recover a reasonable attorney's fee and expenses incurred by her lawyers. 42 U.S.C. § 2000e-5(k); NYCHRL § 8-502(g). Plaintiff's counsel's rates of $550 per hour for Evan Brustein and $425 for Mark Marino and, and the amount of time they each spent litigating this case over three years, are reasonable. *See Bailey v. Pataki*, No. 08-CV-8563 (JSR), 2016 WL 3545941, at *6 (S.D.N.Y. June 16, 2016) (rate of $550 reasonable for lawyers with over a decade of experience); *McDonald v. Pension Plan of the NYSA-ILA Pension Tr. Fund*, 450 F.3d 91, 98 n.6 (2d Cir. 2006) ("[D]istrict courts should not treat an attorney's status as a solo practitioner as grounds for an automatic reduction

in the reasonable hourly rate."). Current rates of lawyers substantially exceed those rates. Defendants present no meaningful objections to Plaintiff's counsels' rates and the time they charged.

Defendants include a request for attorneys' fees for their defense of "frivolous" claims in their opposition brief. They did not file a motion, and even if they had, it would have been futile. *See Torcivia v. Suffolk Cnty.*, 437 F. Supp. 3d 239, 249 (E.D.N.Y. 2020).

Plaintiff's motion for attorneys' fees in the amount of $241,997.50, plus expenses in the amount of $5,110.63, is granted. Expenses include filing fees and transcripts, so costs will not be further taxed.

## CONCLUSION

Defendants' motions for judgment as a matter of law and a new trial are denied. Plaintiff's motion for attorneys' fees is granted in the amount of $241,997.50, and expenses are awarded in the amount of $5,110.63, for a total of $247,108.13. No costs shall be taxed since they were included in Plaintiff's expenses filing. *See* ECF No. 185, Ex. 1. The Clerk shall terminate all open motions and mark the case closed.

SO ORDERED.

Dated:       February 27, 2024
             New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MARIA JOSE PIZARRO
_____

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

EUROS EL TINA RESTAURANT LOUNGE and
_____

BILLIARDS CORP., and SANTIAGO QUEZADA
(List the full name(s) of the defendant(s)/respondent(s).)

_20_ CV _05783_ ( AKH )(    )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties:  EUROS EL TINA RESTAURANT LOUNGE and

BILLIARDS CORP., and SANTIAGO QUEZADA
_____
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the       ☒ judgment     ☐ order     entered on:     FEBRUARY 23, 2024
_____
(date that judgment or order was entered on docket)

that: _____

_____

(If the appeal is from an order, provide a brief description above of the decision in the order.)

MARCH 13, 2024
_____
Dated

Signature*

RESTITUYO, MARTIN
_____
Name (Last, First, MI)

1325 AVE OF THE AMERICAS     NEW YORK       NEW YORK              10019
Address                                           City                 State                 Zip Code

212-729-7900                                      restituyo@restituyolaw.com
Telephone Number                                  E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

## LAW OFFICES OF MARTIN E. RESTITUYO, P.C.

1325 Avenue of the Americas, 28th Floor, New York, New York 10019

Martin E. Restituyo
Tel: 212-729-7900
Fax: 212-729-7490
restituyo@restituyolaw.com

March 15, 2024

*Via ECF*

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14D
New York, New York 10007-1312

> Re:  *Pizarro v. Euros El Tina Restaurant Lounge and Billiards, et al.*,
> Case No. 20 Civ. 5783 (AKH)

Dear Judge Hellerstein,

I am counsel for Defendants/Counterclaim/Crossclaim Plaintiffs Euros El Tina Restaurant and Billiards Corp., Santiago Quezada, and Santiago Quezada Jr. (hereinafter "Defendants"). Defendants write to respectfully request that this case be restored to the trial calendar.

As the Court may recall, this case has two parts. In the first part, Plaintiff brought claims against the Defendants for, among other things, violations of Title VII and the NYC Human Rights Law. *See* ECF Doc. No. 1, In turn, the Defendants brought cross claims and counterclaims against Plaintiff and other third-party defendants for *inter alia* fraud and conversion. *See* ECF Doc. No. 46. By Order dated May 20, 2022, the Court bifurcated the aforementioned claims and set a date for trial on Plaintiff's claims but not for Defendants' claims. *See* ECF Doc. No. 137.

The trial of Plaintiff's claims took place in October 2023. However, Defendants' counterclaims and cross claims remain untried. Nevertheless, on February 27, 2024, the Court issued its Order "Denying Defendants' Post Trial Motions, and Granting Plaintiff's Fees Motion" (ECF Doc. No. 195) in which it directed the Clerk to "terminate all open motions and mark the case closed."

Since the Defendants have not had an opportunity to try their part of the case, Defendants respectfully request that the Court return the case to the trial calendar for resolution of this part of the case.

We thank you for your attention to this matter. Should you have any questions or concerns please do not hesitate to contact us.

Very truly yours,

Martin E. Restituyo

cc.     All Parties (Via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

MARIA JOSE PIZARRO,

                           Plaintiff,

   -against-

EUROS EL TINA RESTAURANT LOUNGE
AND BILLIARDS CORP. and SANTIAGO
QUEZADA,

                        Defendants.

------------------------------------------------------------ x

**ORDER REOPENING CASE**

20 Civ. 5783 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendants requests the case be reopened to permit them to pursue their counterclaims. An initial examination of the claims suggests that the pleadings are legally insufficient. For example, wire fraud under 18 U.S.C. § 1343, money laundering under 18 U.S.C. § 1956, illicit monetary transactions under 18 U.S.C. § 1957, and transporting illicit goods under 18 U.S.C. § 2314 do not give rise to implied rights of action. *See Cort v. Ash*, 422 U.S. 66, 79 (1975); *Robinson v. Overseas Military Sales Corp.*, 21 F.3d 502, 511 (2d Cir. 1994). The plausibility of the civil RICO injury is questionable considering the lack of specific details regarding Defendants' accounts.

        Plaintiff shall make any motion to dismiss by April 17, 2024. The Clerk shall mark the case as open.

        SO ORDERED.

Dated:     March 21, 2024
           New York, New York

                             ALVIN K. HELLERSTEIN
                             United States District Judge

1

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy  12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|   | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Santiago<br>First name<br><br>_____<br>Middle name<br><br>Quezada<br>Last name<br><br>Sr.<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and doing business as names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | Santiago  Quezada | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 7  1  7  3<br>OR<br>9 xx – xx – ____ ____ ____ ____ | xxx – xx – _____<br>OR<br>9 xx – xx – ____ ____ ____ ____ |

24-22431   Doc 1   Filed 05/14/24   Entered 05/14/24 19:03:33   Main Document   Pg
2 of 15

Debtor 1    Santiago  Quezada Sr.
_____
            First Name    Middle Name        Last Name

Case number (*if known*)_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN<br><br>_____<br>EIN<br><br>_____<br>EIN<br><br>_____<br>EIN | _____<br>EIN<br><br>_____<br>EIN<br><br>_____<br>EIN<br><br>_____<br>EIN |
| **5. Where you live** | 258 Rumsey Road<br>_____<br>Number       Street<br><br>_____<br><br>Yonkers              NY   10705<br>_____<br>City           State   ZIP Code<br>Westchester County<br>_____<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number       Street<br><br>_____<br>P.O. Box<br><br>_____<br>City           State   ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number       Street<br><br>_____<br><br>_____<br>City           State   ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number       Street<br><br>_____<br>P.O. Box<br><br>_____<br>City           State   ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) |

24-22431   Doc 1   Filed 05/14/24   Entered 05/14/24 19:03:33   Main Document     Pg
3 of 15

| Debtor 1 | Santiago  Quezada Sr. | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.   The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.   How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.   Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor _____ | Relationship to you _____ |
|---|---|
| District _____ | When _____ | Case number, if known _____ |

| Debtor _____ | Relationship to you _____ |
|---|---|
| District _____ | When _____ | Case number, if known _____ |

**11.   Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

24-22431    Doc 1    Filed 05/14/24    Entered 05/14/24 19:03:33    Main Document    Pg 4 of 15

Debtor 1    Santiago  Quezada Sr.

First Name    Middle Name    Last Name

Case number (if known)_____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                                State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.   What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Official Form 101                    Voluntary Petition for Individuals Filing for Bankruptcy                    page 4

24-22431    Doc 1    Filed 05/14/24    Entered 05/14/24 19:03:33    Main Document    Pg
5 of 15

| Debtor 1 | Santiago  Quezada Sr. | | Case number (if known) |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |

## Part 5:  Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | Santiago  Quezada Sr. | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 6:    Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- [x] No. Go to line 16b.
- [ ] Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- [ ] No. Go to line 16c.
- [x] Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

- [x] No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- [ ] Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - [ ] No
  - [ ] Yes

---

**18. How many creditors do you estimate that you owe?**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

---

**19. How much do you estimate your assets to be worth?**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [x] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

---

**Part 7:    Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12 or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| ✗ /s/ Santiago  Quezada Sr. | ✗ |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on   05/14/2024 | Executed on _____ |
| MM  /  DD  / YYYY | MM  /  DD  / YYYY |

---

Case: 24-568, 05/15/2024, DktEntry: 30.1, Page 25 of 33

| Debtor 1 | Santiago  Quezada Sr. | | Case number (if known) |
|---|---|---|---|
| | First Name     Middle Name        Last Name | | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✘ /s/ Norma E. Ortiz

Signature of Attorney for Debtor

Date   05/14/2024

MM   /   DD  / YYYY

Norma E. Ortiz

Printed name

Ortiz & Ortiz, LLP

Firm name

287 Park Avenue South,

Number     Street

Ste 337

| New York | NY | 10010 |
|---|---|---|
| City | State | ZIP Code |

Contact phone   7185221117

Email address   email@ortizandortiz.com

| 2206530 | NY |
|---|---|
| Bar number | State |

Case: 24-568, 05/15/2024, DktEntry: 30.1, Page 26 of 33

**Fill in this information to identify your case:**

Debtor 1    Santiago   Quezada Sr.
_____
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Southern District of New York

Case number
(If known)    _____

☐ Check if this is an amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    **List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

|  | | Unsecured claim |
|---|---|---|
| **1** Maria Jose Pizarro<br>Creditor's Name<br>c/o Brustein Law PLLC<br>Number       Street<br>299 Broadway, 17th Floor<br>New York          NY     10007<br>City                State   ZIP Code<br><br>Contact<br><br>Contact phone | What is the nature of the claim? Judgment Liens<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>☐ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured):    $_____<br>          Value of security:          – $_____<br>          Unsecured claim              $_____ | $ 1,625,000.00 |
| **2** U.S. Small Business Administration<br>Creditor's Name<br>CESC-COVID EIDL Service Center<br>Number       Street<br>14925 Kingsport Road<br>Fort Worth        TX     76155<br>City                State   ZIP Code<br><br>Contact<br><br>Contact phone | What is the nature of the claim? Guarantee of SBA loan to El Tina Fi<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☐ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured):    $_____<br>          Value of security:          – $_____<br>          Unsecured claim              $_____ | $ 373,578.78 |

24-22431   Doc 1   Filed 05/14/24   Entered 05/14/24 19:03:33   Main Document   Pg
9 of 15

| Debtor 1 | Santiago  Quezada Sr. | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | **Unsecured claim** |
|---|---|---|---|

| **3** | Rocket Mortgage | What is the nature of the claim? Guarantee of Son's home mortg | $20,891.00 |
|---|---|---|---|
| | Creditor's Name | | |

1050 Woodward Ave
Number       Street

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Detroit              MI    48226
City              State      ZIP Code

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured):  $_____

Contact
                              Value of security:  – $_____
Contact phone
                              Unsecured claim     $_____

| **4** | Cardiology Assoc. of Westchester | What is the nature of the claim? Medical Services | $1,256.29 |
|---|---|---|---|
| | Creditor's Name | | |

128 Radio Circle
Number       Street

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Mount Kisco          NY    10549
City              State      ZIP Code

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured):  $_____

Contact
                              Value of security:  – $_____
914-244-0386
Contact phone
                              Unsecured claim     $_____

| **5** | Jose Eladio Castro | What is the nature of the claim? Claim by former employee that has | $0.00 |
|---|---|---|---|
| | Creditor's Name | | |

c/o The Rose Law Group. PLLC
Number       Street

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

3272 Steinway Street, Ste. 503

Astoria              NY    11103
City              State      ZIP Code

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured):  $_____

Contact
                              Value of security:  – $_____
Contact phone
                              Unsecured claim     $_____

| **6** | | What is the nature of the claim? _____ | $_____ |
|---|---|---|---|
| | Creditor's Name | | |

Number       Street

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

City              State      ZIP Code

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):  $_____

Contact
                              Value of security:  – $_____
Contact phone
                              Unsecured claim     $_____

| **7** | | What is the nature of the claim? _____ | $_____ |
|---|---|---|---|
| | Creditor's Name | | |

Number       Street

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

City              State      ZIP Code

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):  $_____

Contact
                              Value of security:  – $_____
Contact phone
                              Unsecured claim     $_____

29

Debtor 1    Santiago  Quezada Sr.

First Name    Middle Name    Last Name        Case number (if known)_____

|  | **Unsecured claim** |
|---|---|

**8**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

**9**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

**10**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

**11**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

**12**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

| Debtor 1 | Santiago  Quezada Sr. | | | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | Unsecured claim |
|---|---|---|

**13**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $ _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $ _____
    Value of security:    − $ _____
    Unsecured claim    $ _____

**14**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $ _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $ _____
    Value of security:    − $ _____
    Unsecured claim    $ _____

**15**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $ _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $ _____
    Value of security:    − $ _____
    Unsecured claim    $ _____

**16**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $ _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $ _____
    Value of security:    − $ _____
    Unsecured claim    $ _____

**17**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $ _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $ _____
    Value of security:    − $ _____
    Unsecured claim    $ _____

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 4

Case: 24-568, 05/15/2024, DktEntry: 30.1, Page 30 of 33

Debtor 1    Santiago  Quezada Sr.

First Name        Middle Name        Last Name

Case number *(if known)*_____

| | Unsecured claim |
|---|---|

**18**

Creditor's Name

Number        Street

City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

$_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
　　　　Value of security:    $_____
　　　　Unsecured claim    $_____

**19**

Creditor's Name

Number        Street

City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

$_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
　　　　Value of security:    $_____
　　　　Unsecured claim    $_____

**20**

Creditor's Name

Number        Street

City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

$_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
　　　　Value of security:    $_____
　　　　Unsecured claim    $_____

24-22431    Doc 1    Filed 05/14/24    Entered 05/14/24 19:03:33    Main Document    Pg
13 of 15

Debtor 1    Santiago  Quezada Sr.                                Case number (if known)_____
_____
            First Name    Middle Name      Last Name

---

| Part 2: | Sign Below |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✘ /s/ Santiago  Quezada Sr.                    ✘ _____
_____
Signature of Debtor 1                          Signature of Debtor 2

Date 05/14/2024                                Date 05/14/2024
    MM /  DD  /  YYYY                               MM /  DD  /  YYYY

Case: 24-568, 05/15/2024, DktEntry: 30.1, Page 32 of 33

United States Bankruptcy Court

Southern District of New York

In re:  Santiago  Quezada Sr.

Case No.

Chapter    11

            Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date: _____05/14/2024_____

/s/ Santiago  Quezada Sr.
_____
Signature of Debtor

_____
Signature of Joint Debtor

Cardiology Assoc. of Westchester
128 Radio Circle
Mount Kisco, NY 10549


Jose Eladio Castro
c/o The Rose Law Group. PLLC
3272 Steinway Street, Ste. 503
Astoria, NY 11103


Maria Jose Pizarro
c/o Brustein Law PLLC
299 Broadway, 17th Floor
New York, NY 10007


Mark A. Marino PC
99 Wall Street
Ste. 1865
New York, NY 10005


Mercedes Benz Financial Services
POB 685
Roanoke, TX 76262


Rocket Mortgage
1050 Woodward Ave
Detroit, MI 48226


Santiago Quezada Jr.
270 N. Broadway
Apt. 1CD
Yonkers, NY 10701


U.S. Small Business Administration
CESC-COVID EIDL Service Center
14925 Kingsport Road
Fort Worth, TX 76155