# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of June, two thousand twenty-four.

Maria Jose Pizarro,

Plaintiff-Counter-Defendant - Appellee,

v.

Euros El Tina Restaurant Lounge and Billiards Corp., Santiago Quezada,

Defendants-Counter Claimant-Cross Claimants – Appellants.

**ORDER**

Docket No. 24-568

     Appellants move for withdrawal of the appeal or a stay of this appeal due to failure to obtain Federal Rule of Civil Procedure 54(b) certification.

     IT IS HEREBY ORDERED that the motion to withdraw the appeal is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

